R. Scott Shuker (Florida State Bar No. 984469
rshuker@lseblaw.com
bknotice@lseblaw.com
John B. Dorris (Florida State Bar No. 0093744
jdorris@lseblaw.com
bknotice@lseblaw.com
Attorneys for Robert Morrison, Receiver
Latham, Shuker, Eden & Beaudine, LLP
111 N. Magnolia Avenue, Suite 1400
P. O. Box 3353 (32802-3353)
Orlando, FL 32801
Tel:   407-481-5800
Fax: 407-481-5801

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANCE COMMISSION,** )<br>)<br>) | |
| **PLAINTIFF,** )<br>) | |
| )<br>**v.** )<br>) | **RECEIVER'S FIRST REPORT** |
| **FREEDOM ENVIRONMENTAL SERVICES, INC., a Delaware Corporation, MICHAEL BORISH, and MICHAEL CIARLONE,** )<br>)<br>)<br>)<br>) | **CIVIL NO. 6:12-cv-1415-Orl-28-DAB** |
| **DEFENDANTS.** )<br>) | |

**ROBERT MORRISON** ("Receiver"), duly appointed Receiver for FREEDOM ENVIRONMENTAL SERVICES, INC. ("Freedom" or the "Company"), respectfully presents this *Receiver's First Report* and states as follows:

## SUMMARY OF OPERATIONS OF RECEIVER

1.      Freedom is a corporation whose securities are registered under Section 12(g) of the Securities Exchange Act of 1934 (the "Securities Act"). The Company's stock was traded in the over-the-counter (OTC) market and quoted in the National Association of Securities Dealers Inter-dealer Quotation System (NASDAQ).

2.      On or around July 17, 2010, Freedom purchased all of the membership units of B&P Environmental Services, LLC (B&P). B&P owned 100% of the outstanding common stock of Brownie's WasteWater Solutions, Inc. (Brownie's), a privately-held septic-tank, drain field, and plumbing service company. Brownie's services include residential and commercial septic tank pump-out, drain field and septic repair and construction, sewer and storm water pump-out, and traditional plumbing. Brownie's has been operating in central Florida since 1948.

3.      Also on or around July 17, 2010, Brownie's purchased all of the assets of Vac and Jet Services, LLC (VJS). VJS provided institutional and commercial sewer, pump station, and storm water pump-out and disposal services. With the purchase of the VJS assets, Brownie's began to offer these services.

4.      On August 18, 2010, Resorts Marketing Professionals, Inc. (RMP) and Michael Borish and Michael Ciarlone[1] personally, filed *Articles of Organization* with the State of Florida for Rolex Investments, LLC (Rolex). On October 4, 2010, Rolex filed *Articles of Amendment* to its Articles of Organization, changing its name to Grease Recovery Solutions, LLC (Grease Recovery Solutions, LLC and its predecessor Rolex Investments, LLC will be collectively referred to herein as "GRS" or "Grease Recovery Solutions"). On August 10, 2012, GRS filed a *2012*

---

[1] Messrs. Borish and Ciarlone are individual defendants in the instant litigation.

*Limited Liability Company Amended Annual Report* with the State of Florida disclosing Freedom as the sole managing member of GRS.

5.    On or around December 13, 2010, Freedom purchased the assets of Grease-Tek a/k/a Clean Fuels, LLC ("Grease-Tek"). Grease-Tek was a "rendering grease" service and processing company. With the Grease-Tek assets, Freedom began providing "rendering grease" service and processing through GRS. "Rendering grease" service and processing involves the collection of grease and oil discarded by commercial establishments such as restaurants, submitting the grease and oil through a filter and cleaning processes, and selling recycled grease and oil as cooking oil and as bio-fuel while discarding non-saleable product.

6.    The Receiver was appointed by this Court on September 17, 2012, pursuant to an *Order Appointing Receiver* (Doc. No. 5) in the matter of *Securities and Exchange Commission v. Freedom Environmental Services, Inc., Michael Borish, and Michael Ciarlone* (Case No. 6:12-cv-1415-Orl-28-DAB) (the "Receiver Order").

7.    As of the date the Receiver Order was issued, Freedom operated under the Brownie's and GRS trade names with approximately 33 combined employees. Unless otherwise noted, hereafter the term "Company" shall mean the consolidated entities of GRS, Brownie's, B&P and Freedom.

8.    The Receiver Order does not list or identify B&P, Brownie's or GRS. This has created problems for the Receiver as banks, vendors, and creditors have been reluctant to recognize the Receiver's authority over those entities. This has necessitated additional time and expense and continues to disrupt the Receiver's activities. For example, several vehicles purchased by Freedom from Grease-Tek remain titled to Grease-Tek. The State of Florida

3

Department of Motor Vehicles will not allow the Receiver to properly re-title the vehicles. As another example, the Receiver located funds in a bank account titled to Brownie's. After numerous trips to that bank's branches and sending multiple copies of the Receiver Order, it was not until October 23rd, over a month after the initial request from the Receiver, that the bank finally agreed to surrender the funds. The Commission filed a *Motion to Amend Order Appointing Receiver* (Doc. No. 9) to include the other entities as receivership entities. However, that motion was denied (Doc. No. 10). The Commission filed a *Motion to Amend Order Appointing Receiver (Corrected/Renewed)* (Doc. No. 33) that remains pending at the time of this report.

9.     At approximately 5:00 PM on September 17, 2012, the Receiver, accompanied by a member of the Receiver's firm's staff, entered the premises of the Company located at 11372 United Way, Orlando, FL 32824 and presented a copy of the Receiver Order to Michael Borish, President and CEO of Freedom, and to Reginald Berthiaume, who introduced himself as a shareholder and the chairman of the Company's board of directors. After brief interviews of Messrs. Borish and Berthiaume, the Receiver determined that neither gentleman was critical or necessary to the Company's operations. Therefore, the Receiver dismissed both and requested they not return to the Company's offices, nor contact Company employees or customers, without the express consent of the Receiver. Both gentlemen did then and continue to cooperate with the Receiver.

10.    The Receiver secured the physical plant and assets by changing all locks and issuing keys as necessary and with signed confirmation by those accepting keys. The Receiver opened a receivership bank account (the "Receiver's Account") into which he transferred all

known bank account balances. All of the Company's business is transacted through the Receiver's Account. The Receiver alone has signatory authority for the account.

11.     Mr. Berthiaume advised the Receiver, and the Receiver has confirmed, that prior to the Receiver Order, Mr. Berthiaume initiated on his own behalf and at his personal expense, an investigation of suspected diversion of Company funds and assets by Messrs. Borish and Ciarlone. Mr. Berthiaume concluded from his investigation, and has documented that at least $348,000 of wires from buyers of recycled grease and cash deposits were diverted from the Company's accounts into Mr. Ciarlone's personal accounts. Michael Ciarlone, an individual defendant in the instant litigation, has admitted to his involvement in the diversion of the Company's cash assets in a deposition taken of him by the Commission. In his deposition, Mr. Ciarlone also accused Mr. Borish, the other individual defendant in this litigation, of receiving from Mr. Ciarlone some of the diverted funds (Deposition of Michael Ciarlone dated August 21, 2012: page 97 lines 21-24; pages 136-139, pages 154-157, among others). The Receiver has not yet, but does intend to conduct an independent investigation of these and other allegations of corporate theft and abuse and take appropriate recovery action. Mr. Berthiaume has offered to the Receiver all documents, information, and benefit gathered and gained from his investigation. Mr. Borish has offered his cooperation as well.

12.     Mr. Berthiaume advised the Receiver that upon learning of the alleged theft, Mr. Berthiaume, as the chairman of the board of directors, dismissed and terminated Mr. Ciarlone. He hired and installed as Chief Financial Officer Alison Hope, an associate of his with an undergraduate and master's degree in business administration. He also retained Marc Barhonovich as a consultant for the Company to act as the Chief Operating Officer, effectively

5

replacing Mr. Ciarlone. Mr. Barhonovich has experience as an executive officer of companies and as a turnaround consultant. Neither Ms. Hope nor Mr. Barhonovich had, prior to this matter, industry experience.

13. At the commencement of the receivership, the Receiver found the Company to have significant cash flow problems. Critical vendors were not being paid and had revoked the Company's credit. The vendor through which the Company purchased fuel for its vehicles was cancelling the credit facility with the Company weekly due to non-payment and insufficient funds. Most vendors were requiring "cash on delivery" terms and/or significant deposits, tying up critical working capital, and requiring Company employees to carry material amounts of cash with them. Rebates, contractually owed to certain GRS customers, were not being paid. Mr. Berthiaume had used his personal credit card to purchase needed and necessary parts and services. Ms. Hope continues to use her personal credit card for the purchase of goods and services necessary for the Company to operate.

14. The Receiver also learned that the Company was in non-monetary default of its promissory note to Reunion Bank, the Company's primary secured lender. The Receiver has met with a representative of Reunion Bank and the Company continues to meet its monthly financial obligation to the bank in a timely fashion. However, on October 15, 2012, the bank served the Company with a *Notice of Default.* It is the intent of the Receiver and his counsel to keep the bank informed as to the Receiver's activities and progress.

15. The Receiver also learned that B&P failed to pay its fourth quarter, 2008 (before it was acquired by Freedom) federal payroll taxes. The Internal Revenue Service (IRS) asserts B&P owes over $110,000 in taxes, penalties, and interest and had delivered to the previous owners

6

of B&P *Notices of Intent to Levy* against the assets of B&P. The Receiver has attempted to communicate with the IRS without success. However, he did, in correspondence to the IRS, provide a copy of the Receiver Order, in an attempt to protect the Company's assets from levy.

16.     In spite of the financial condition of the Company, the Receiver made an initial determination that once stabilized, the Company could operate with positive cash flow and that the Receiver's ultimate recovery for the benefit of creditors and equity holders would be better if the Company and/or its assets are sold as a going concern as opposed to in a liquidation. Therefore, the Company remains open and operating.

17.     The Receiver also preliminarily concluded that Ms. Hope and Mr. Barhonovich add value to the receivership estate as a going concern. Ms. Hope had, prior to the Receiver Order, begun installing financial controls and attempting to discern the company's cash sources and uses, and the Company's liabilities. The Receiver invited Ms. Hope to continue her employment as the Company's Controller. Mr. Barhonovich demonstrated solid knowledge about the Company's operations and had, prior to the receivership, begun developing plans to improve the Company's financial performance. The Receiver hired Mr. Barhonovich as an employee to serve as the General Manager of the Company. A third individual, Rafael Benitez, a ten-year employee of Brownie's, was also asked to remain with the Company as the operations manager. The Receiver continues to operate the Company through this management team.

18.     On October 3, 2012, the Receiver filed his *Application to Employ R. Scott Shuker and the Law Firm of Latham, Shuker, Eden, and Beaudine, LLP as Receiver's Counsel, nunc pro tunc to September 17, 2012* (Doc. No. 24). The application was approved by the Court on October 9, 2012 (Doc. No. 27).

19.     On October 5, 2012, the Receiver filed an *Application to Employ Morrison Valuation and Forensic Services, LLC as Forensic Accountant, nunc pro tunc to September 17, 2012* (Doc. No. 26). The Receiver is the Managing Partner of Morrison Valuation and Forensic Services, LLC (MVFS). The application was denied by the Court (Doc. No. 29).

20.     On October 25, the Receiver filed an *Amended Application to Employ Morrison Valuation and Forensic Services, LLC as Forensic Accountant, nunc pro tunc to September 17, 2012* (Doc. No. 34). The application was approved by the Court on October 29, 2012 (Doc. No. 35).

21.     From September 17, 2012 through September 30, 2012, the Receiver and/or his staff have performed the following activities:

    a.      Provided day-to-day direction to the Company's accounting and operations management teams in order to keep the Company open and operating for the benefit of all stakeholders;

    b.      Located and retrieved funds from multiple bank accounts;

    c.      Negotiated and communicated with, and responded to inquiries from critical vendors;

    d.      Identified and communicated with, and responded to inquiries from pre-receivership secured creditors;

    e.      Identified and communicated with, and responded to inquiries from pre-receivership unsecured creditors;

    f.      Communicated with and responded to inquiries from stockholders;

g.    Dealt with banks, creditors, and other parties in possession of company assets related to the authority of the Receiver under the Receiver Order regarding B&P, Brownie's, and GRS;

h.    Provided daily cash-flow management;

i.    Dealt with the Securities and Exchange Commission and complied with disclosure and other compliance requirements;

j.    Communicated, met and negotiated with parties claiming to have control over the Company and its assets;

k.    Communicated, met and negotiated with potential buyers of the Company and its assets;

l.    Reconstructed accounting records;

m.    Provided accounting and financial oversight; and

n.    Investigated and identified unrecorded assets and liabilities.

22.    During the initial phase of the receivership, the Receiver and his staff were required to physically be at the Company's offices much of the time. It was and is the Receiver's plan to gradually reduce the amount of time he and his staff are required to invest in the receivership, relying instead on the management team he selected, yet providing the necessary oversight.

**CASH ON HAND; ACCRUED ADMINISTRATIVE EXPENSES; UNENCUMBERED FUNDS**

23.    When the receivership commenced, the Receiver recovered $128,787.24 from the Company's various bank accounts and deposited the funds in the Receiver's Account. Through

September 30, 2012, the reported cash balance in the Receiver's Account ranged from a low of $80,359.41 to a high of $172,316.77.

24.     As of September 30, 2012, the Receiver held a total of $102,078.83 in cash for the Company as follows:

   a.     $93,918.49 in the Receiver's Account;

   b.     $6,458.89 in pre-receivership Frozen Accounts of the Company. Although the Company's credit card processor was provided service of the Receiver Order by the Receiver and was directed by the Receiver to advance credit card proceeds to the Receiver's Account, the processor continued to advance these funds to pre-receivership bank accounts of the Company that were frozen pursuant to the Receiver Order (the "Frozen Accounts"). The Receiver periodically transfers funds from the Frozen Accounts to the Receiver's Account.

   c.     $1,701.45 in the Petty Cash Fund. The Company also maintained a petty cash fund kept in the Company's on-site safe (the "Petty Cash Fund"). Due to the lack of credit, the Company often had to pay for goods and services in cash. Those payments were made from the Petty Cash Fund.

25.     The expenses incurred by the Company during the receivership are paid in the ordinary course of business. Many are paid COD as discussed earlier. As of September 30, 2012, the Company had $66,566.41 of accounts payable for expenditures incurred after the Receiver Order was issued. Those also will be paid in the ordinary course of business.

26.     The Receiver, and any professional retained by him, must file fee applications with the Court seeking approval for payment. As of September 30, 2012, there were no fee

applications filed in the receivership.   However, the following table summarizes the amount of

professional fees that have accrued from September 17, 2012 through September 30, 2012, and

that will be included in future applications to the Court for payment:

| SUMMARY OF ACCRUED PROFESSIONAL FEES AND COSTS | | | | | | |
|---|---|---|---|---|---|---|
| Professional | Position | Hours | Rate | Fees | Expenses | Total |
| | | | | | | |
| Robert B. Morrison[1] | Receiver | 53.1 | $ 250.00 | $ 13,275.00 | $ 206.41 | $ 13,481.41 |
| | | | | | | |
| Paul Dumm[2] | MVFS Staff | 62.9 | $ 200.00 | $ 12,580.00 | $ 166.05 | $ 12,746.05 |
| | | | | | | |
| Lathm, Shuker, Eden & Beaudine | Counsel to Receiver | 22.8 | $ 221.14 | $ 5,042.00 | $ 56.55 | $ 5,098.55 |
| | | | | | | |
| Total Accrued Professional Fees | | 138.8 | | $ 30,897.00 | $ 429.01 | $ 31,326.01 |

[1]Discounted from standard market rate of $300/hr
[2]Discounted from standard market rate of $250/hr

## RECEIVER'S RECEIPTS AND DISBURSEMENTS

27.    Exhibit A attached presents the Receiver's receipts and disbursements for the

quarter ended September 30, 2012, and for the duration of the receivership (i.e., September 18,

2012[2] through September 30, 2012).

28.    Exhibit A reflects that from September 18 through September 30, the Company

experienced negative cash flow of approximately $48,000.   However, that included payment by

the Receiver of approximately $91,000 of pre-receivership accounts payable to vendors the

Receiver believes to be critical to continuing operations of the Company.   It also included a

$10,000 deposit that was required of the Company by its fuel provider due to pre-receivership

credit problems and a $1,000.00 payment to an employee who had used his personal credit card to

---

[2] The Receiver Order was signed late in the day on September 17, 2012.   The Receiver did not assume control over
the Company, its accounts, or its assets until after the close of business on that day.   Therefore, the accounting
provided by the Receiver begins the following day, September 18, 2012.

11

purchase necessary materials prior to the commencement of the receivership.   None of these are recurring disbursements.

29.     Mr. Barhonovich and the Receiver developed, monitor, and update a rolling 16 week projection of weekly receipts and disbursements.   That projection reflects average monthly receipts of $392,000 and average monthly disbursements of $379,800 over the next 16 weeks.

**RECEIVERHIP PROPERTY**

30.     Exhibit B attached presents a list of the Company's assets and property held as of September 30, 2012.   The Receiver intends to sell all of the assets of the Company as a going concern.   Any assets excluded from such a transaction will be sold in an orderly fashion in order to maximize recovery.

31.     The Receiver and Mr. Barhonovich are preparing an information package to make available to prospective purchasers.   The Receiver has already met with two potential buying groups.

32.     The Receiver is also reviewing proposals from business brokers to represent the Receiver in the sale of the Company or its assets.   In accordance with the Receiver Order, the Receiver will not retain any business broker without first making application to, and receiving approval from   the Court to do so.

**RECEIVER'S CLAIMS AND CAUSES OF ACTION**

33.     The Receiver and his counsel continue to investigate the Company's pre-receivership transactions and activities to identify potential claims the receivership estate may assert to recover assets.   However, this activity is in the preliminary stage.

**CREDITOR LIST**

34.     The Receiver has yet to initiate a claims process.  However, based on his reconstruction of the Company's accounting records and through other investigations, a summary of potential pre-receivership secured and unsecured claims is presented in Exhibit C.  The Receiver, his staff, and his counsel have not yet had an opportunity to analyze the potential claims. By including a creditor on this exhibit, the Receiver in no way waives his right at a later date to object to a claim made by the creditor.   Additionally, there may be claims of which the Receiver is not yet aware.   The Receiver reserves the right to adjust and amend this exhibit at a later date.

**CONTINUATION OF RECEIVERSHIP**

35.     The Receiver is of the opinion it is in the best interest of the receivership estate to continue the receivership.  Although all defendants in the instant litigation stipulated to the Commission's motion for a preliminary injunction against them, there remains litigation in state and federal court between asserted past and present directors of the Company's board over control of the Company.  The Company can ill-afford the legal fees and costs of this protracted and hostile litigation.  Further, this dispute would be a distraction and without the direction of the Receiver, would create a hostile, volatile, and unstable environment in which the Company would not likely survive.  If the Company were to fail, the net recovery from liquidation would be materially less than that obtained through the sale of a stabilized, going concern.


**[Intentionally left blank]**


13

**RESPECTFULLY SUBMITTED** this 31st day of October 2012.

Robert B. Morrison, Receiver
518 S. Magnolia Avenue
Suite 110A
Orlando, FL 32801
Tel:   407-770-1280

14

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2012, I caused to be sent by the methods stated below and to the parties listed below a true and correct copy of the foregoing **RECEIVER'S FIRST REPORT.**

R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice@lseblaw.com
Latham, Shuker, Eden & Beaudine, LLP
111 N. Magnolia Avenue, Suite 1400
PO Box 3353 (32802-3353)
Orlando, FL 32801
Tel: 407-481-5800
Fax: 407-481-5801

Via Electronic Mail:

Robert Morrison
Morrison Valuation and Forensic Service
518 South Magnolia Ave., Ste. 110A
Orlando, FL 32801
Bob.morrison@morrisonvfs.com
Receiver for Freedom Environmental
Services, Inc.

Daniel Wadley , Esq
Paul Feindt, Esq
Thomas M. Melton , Esq
Securities and Exchange Commissions
15 West South Temple, Suite 1800
Salt Lake CIty, UT 84101
801-524-5796
Email: wadleyd@sec.gov
Email: feindtp@sec.gov
Email: meltont@sec.gov

Robert S. Gershman
Gershman & Gershman, PA
2160 W. Atlantic Ave., Second Floor
Delray Beach, FL 33445
Robert@rglawfirm.us
Attorney for Michael Ciarlone

Via USPS:
Michael Borish
3842 Winding Lake Circle
Orlando, FL 32835

EXHIBIT A

## SECURITIES AND EXCHANGE COMMISSION

v.

## FREEDOM ENVIRONMENTAL SERVICES, INC.

### Receiver's Receipts and Disbursements

|  | Quarter Ended 09/30/12 | 09/18/12 to 09/30/12 |
|---|---|---|
| Beginning cash balance - Book: |  |  |
| Frozen Accounts & Petty Cash Fund | $ 89,766.14 | $ 89,766.14 |
| Receiver's Account | - | - |
|  | 89,766.14 | 89,766.14 |
| Receipts: |  |  |
| Operating income | 212,938.89 | 212,938.89 |
| Asset recovery | - | - |
| Sale of assets | - | - |
| Other: Transfer from Resorts Marketing | 836.25 | 836.25 |
| Transfers In/out | - | - |
| Total cash receipts | 213,775.14 | 213,775.14 |
| Total cash available for operations | $ 303,541.28 | $ 303,541.28 |
| Disbursements: |  |  |
| Salaries and wages | 86,058.53 | 86,058.53 |
| Job materials | 24,635.47 | 24,635.47 |
| Disposal costs | 57,056.97 | 57,056.97 |
| Fuel and vehicle costs | 31,716.35 | 31,716.35 |
| Subcontractor expense | - | - |
| Other job costs | 1,560.93 | 1,560.93 |
| Cooking oil rebates | 913.40 | 913.40 |
| Advertising | 4,789.36 | 4,789.36 |
| Bank service charges | 846.75 | 846.75 |
| Computer and internet costs | 34.95 | 34.95 |
| Insurance | 235.09 | 235.09 |
| License and permit fees | 100.00 | 100.00 |
| Office expenses | 355.05 | 355.05 |
| Postage | - | - |
| Professional fees | - | - |
| Rent | 12,960.27 | 12,960.27 |
| Repairs and maintenance | 1,500.00 | 1,500.00 |
| Secured creditor payments | 8,932.17 | 8,932.17 |
| Telephone | 1,075.00 | 1,075.00 |
| Tolls | 1,025.00 | 1,025.00 |

EXHIBIT A

SECURITIES AND EXCHANGE COMMISSION

v.

FREEDOM ENVIRONMENTAL SERVICES, INC.

Receiver's Receipts and Disbursements

|  | Quarter Ended 09/30/12 | 09/18/12 to 09/30/12 |
|---|---|---|
| Travel & entertainment | - | - |
| Uniforms | 766.67 | 766.67 |
| Utilities | 255.50 | 255.50 |
| Capital asset purchase | 1,300.00 | 1,300.00 |
| Other: Deposits - Fuelman | 10,000.00 | 10,000.00 |
| Other: Repayment of employee advances | 1,000.00 | 1,000.00 |
| Unreconciled variance | 4,331.23 | - |
| Total Disbursements | 251,448.69 | 247,117.46 |
| Ending cash balance - Book | $ 52,092.59 | $ 56,423.82 |
| Reconciliation to cash balance - Bank: |  |  |
| Deposits in transit | (14,791.38) | (14,791.38) |
| Outstanding checks | 64,777.62 | 64,777.62 |
| Ending cash balance - Bank | 102,078.83 | 102,078.83 |
| Frozen Accounts & Petty Cash Fund | 8,160.34 | 8,160.34 |
| Receiver's Account | 93,918.49 | 93,918.49 |
|  | 102,078.83 | 102,078.83 |
| Net cash flow | $ (37,673.55) | $ (47,659.70) |

Note: The Receiver funded The Receiver's Account with transfers of $128,787.24 of funds from the Frozen Accounts.

EXHIBIT B

## SECURITIES AND EXCHANGE COMMISSION
### v.
## FREEDOM ENVIRONMENTAL SERVICES, INC.

### Receivership Property as of September 30, 2012

NOTE: The amounts recorded below are based on an inspection and reconstruction of the Company's accounting records. The potential claims have not yet been analyzed or investigated by the Receiver. Therefore, the appearance of a creditor name or an amount on this schedule is in no way a waiver by the Receiver of his right to object to such claim. The Receiver reserves the right to amend or append thios schedule at his sole discretion.

| | Book Value | Estimated Market Value | Proposed Disposition |
|---|---|---|---|
| Current assets: | | | |
| Cash | $      42,106 | $      42,106 | |
| Accounts receivable (net of bad debt allowance of $36,551) | 222,978 | 222,978 | |
| Inventory | - | - | |
| Other current assets | - | - | |
| Total current assets | 265,084 | 265,084 | |
| | | | |
| Fixed assets[1]: | | | |
| Machinery and equipment | 2,039,070 | TBD | It is the intent of the Receiver to sell all asstets of the Company as a going concern |
| Trucks and autos | 531,448 | TBD | |
| Office furniture and equipment | 29,190 | TBD | |
| Leasehold improvements | 30,915 | TBD | |
| Other fixed assets | - | TBD | |
| Gross fixed assets | 2,630,623 | - | |
| Accumulated depreciation | (979,457) | - | |
| Net fixed assets | 1,651,166 | - | |
| | | | |
| Deposits and prepaids | 199,835 | 199,835 | |
| Intangible assets-net | 112,706 | TBD | |
| | | | |
| Total assets/property | $ 2,228,791 | $      464,919 | |

[1]See attached detailed fixed asset listing

38024B1  Grease Recovery Solutions, LLC

27-4322732

FYE: 12/31/2012  Qtr: ~~12~~ 9|30|12

**Book Asset Detail**     4/01/12 - ~~12/31/2012~~ 9|30|12     ~~11/12/2012~~ 11:20 AM     Page 1

| Asset # | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Division: Depreciation** | | | | | | | | | | | |
| **Group: Electrical equipment** | | | | | | | | | | | |
| 76 | Electrical,Panels,Wiring,Controls,Sta | 12/08/10 | 193,517.53 | 0.00 | 0.00 | 51,604.68 | 9,675.88 | 61,280.56 | 132,216.97 | S/L | 5.0 |
| | **Electrical equipment** | | 193,517.53 | 0.00 | 0.00 | 51,604.68 | 9,675.88 | 61,280.56 | 132,216.97 | | |
| **Group: Large Equipment** | | | | | | | | | | | |
| 6 | Boiler, 350hp | 12/08/10 | 58,055.26 | 0.00 | 0.00 | 15,481.40 | 2,902.76 | 18,384.16 | 39,671.10 | S/L | 5.0 |
| 7 | Boiler, diesel fired 100 hp AABCO | 12/08/10 | 37,413.39 | 0.00 | 0.00 | 9,976.91 | 1,870.67 | 11,847.58 | 25,565.81 | S/L | 5.0 |
| 8 | Tank, carbon Steel, 10,000 gal Insul | 12/08/10 | 26,184.85 | 0.00 | 0.00 | 6,982.62 | 1,309.25 | 8,291.87 | 17,892.98 | S/L | 5.0 |
| 9 | Tank Carbon Steel 10,000 gal WVC | 12/08/10 | 26,184.85 | 0.00 | 0.00 | 6,982.62 | 1,309.25 | 8,291.87 | 17,892.98 | S/L | 5.0 |
| 10 | Tank Carbon Steel 20,000 gal WVC | 12/08/10 | 41,147.63 | 0.00 | 0.00 | 10,972.70 | 2,057.39 | 13,030.09 | 28,117.54 | S/L | 5.0 |
| 11 | Tank Carbon Steel 5,000 gal fixed s | 12/08/10 | 28,055.20 | 0.00 | 0.00 | 7,481.39 | 1,402.76 | 8,884.15 | 19,171.05 | S/L | 5.0 |
| 12 | Tank Carbon Steel 5,000 gal fixide | 12/08/10 | 28,055.20 | 0.00 | 0.00 | 7,481.39 | 1,402.76 | 8,884.15 | 19,171.05 | S/L | 5.0 |
| 13 | Tank, Carbon Steel 5,000 gal Sludg | 12/08/10 | 14,027.76 | 0.00 | 0.00 | 3,740.74 | 701.39 | 4,442.13 | 9,585.63 | S/L | 5.0 |
| 14 | Tank, Carbon Steel 7,000 gal B100 | 12/08/10 | 74,813.88 | 0.00 | 0.00 | 19,950.38 | 3,740.69 | 23,691.07 | 51,122.81 | S/L | 5.0 |
| 15 | Tank, Storage 12,000 gal | 12/08/10 | 12,336.34 | 0.00 | 0.00 | 3,289.80 | 616.83 | 3,906.63 | 8,430.11 | S/L | 5.0 |
| 78 | Adjustment | 1/01/11 | -58,800.00 | 0.00 | 0.00 | -14,500.00 | -2,900.00 | -17,400.00 | -40,600.00 | S/L | 5.0 |
| 79 | Adjustment | 1/01/11 | -19,760.00 | 0.00 | 0.00 | -4,940.00 | -988.00 | -5,928.00 | -13,832.00 | S/L | 5.0 |
| 80 | Waste Oil Containers | 3/17/11 | 10,824.46 | 0.00 | 0.00 | 2,164.89 | 541.22 | 2,706.11 | 8,118.35 | S/L | 5.0 |
| | **Large Equipment** | | 279,339.22 | 0.00 | 0.00 | 75,064.84 | 13,566.97 | 89,031.81 | 190,307.41 | | |
| **Group: Leasehold improvements** | | | | | | | | | | | |
| 81 | Cost of Construction Concrete Pad | 2/15/11 | 25,174.91 | 0.00 | 0.00 | 25,174.91 | 0.00 | 25,174.91 | 0.00 | S/L | 15.0 |
| | **Leasehold improvements** | | 25,174.91 | 0.00 | 0.00 | 25,174.91 | 0.00 | 25,174.91 | 0.00 | | |
| **Group: Machinery and equipment** | | | | | | | | | | | |
| 16 | Air Compressor | 12/08/10 | 3,117.89 | 0.00 | 0.00 | 831.44 | 155.89 | 987.33 | 2,130.56 | S/L | 5.0 |
| 17 | Air Compressor, 20hp | 12/08/10 | 225.77 | 0.00 | 0.00 | 60.20 | 11.29 | 71.49 | 154.28 | S/L | 5.0 |
| 18 | Air Compressor, Psina | 12/08/10 | 225.77 | 0.00 | 0.00 | 60.20 | 11.29 | 71.49 | 154.28 | S/L | 5.0 |
| 19 | Air Dryer | 12/08/10 | 1,572.33 | 0.00 | 0.00 | 419.39 | 78.62 | 497.92 | 1,074.41 | S/L | 5.0 |
| 20 | Bag Filter Assembly, Duplex 304SS | 12/08/10 | 1,072.41 | 0.00 | 0.00 | 285.97 | 53.62 | 339.59 | 732.82 | S/L | 5.0 |
| 21 | Bag Filter Assembly, Duplex CS Ba | 12/08/10 | 766.11 | 0.00 | 0.00 | 204.30 | 38.30 | 242.60 | 523.51 | S/L | 5.0 |
| 22 | Bag Filter Assembly, Single CS Bag | 12/08/10 | 153.20 | 0.00 | 0.00 | 40.85 | 7.66 | 48.51 | 104.69 | S/L | 5.0 |
| 23 | Boiler, 25hp | 12/08/10 | 4,837.94 | 0.00 | 0.00 | 1,290.12 | 241.90 | 1,532.02 | 3,305.92 | S/L | 5.0 |
| 24 | Cargo Trailer (Boiler Housing) | 12/08/10 | 387.03 | 0.00 | 0.00 | 103.21 | 19.35 | 122.56 | 264.47 | S/L | 5.0 |
| 25 | Cone Bottom Stand | 12/08/10 | 9,579.12 | 0.00 | 0.00 | 2,554.43 | 478.95 | 3,033.38 | 6,545.74 | S/L | 5.0 |
| 26 | Filter, FSI, Model X-100 | 12/08/10 | 1,505.56 | 0.00 | 0.00 | 401.48 | 75.28 | 476.76 | 1,028.80 | S/L | 5.0 |
| 27 | Filter, FSI, Model X-234 | 12/08/10 | 967.59 | 0.00 | 0.00 | 258.03 | 48.38 | 306.41 | 661.18 | S/L | 5.0 |
| 28 | Filter, six-step polishing | 12/08/10 | 4,596.64 | 0.00 | 0.00 | 1,225.61 | 229.81 | 1,455.42 | 3,140.62 | S/L | 5.0 |
| 29 | Grease Tanks | 12/08/10 | 4,777.62 | 0.00 | 0.00 | 1,274.03 | 238.88 | 1,512.91 | 3,264.71 | S/L | 5.0 |
| 30 | Heat Exchanger, 1" Inlet | 12/08/10 | 12,868.92 | 0.00 | 0.00 | 3,431.71 | 643.44 | 4,075.15 | 8,793.77 | S/L | 5.0 |
| 31 | Heat Exchanger, 2" Inlet | 12/08/10 | 7,353.67 | 0.00 | 0.00 | 1,960.97 | 367.69 | 2,328.66 | 5,025.01 | S/L | 5.0 |
| 32 | Hose, Petroleum Delivery, 20 foot | 12/08/10 | 193.52 | 0.00 | 0.00 | 51.61 | 9.67 | 61.28 | 132.24 | S/L | 5.0 |
| 33 | Ice Exchanger | 12/08/10 | 8,224.49 | 0.00 | 0.00 | 2,193.20 | 411.22 | 2,604.42 | 5,620.07 | S/L | 5.0 |
| 34 | Level Sensor, with Controller | 12/08/10 | 1,790.03 | 0.00 | 0.00 | 477.34 | 89.51 | 566.85 | 1,223.18 | S/L | 5.0 |
| 35 | Mixer, Floor | 12/08/10 | 4,354.14 | 0.00 | 0.00 | 1,161.11 | 217.71 | 1,378.82 | 2,975.32 | S/L | 5.0 |

38024B1  Grease Recovery Solutions, LLC
27-4322732
FVE: 12/31/2012  Qtr: [handwritten] 9/30/12

**Book Asset Detail**   4/01/12 - [handwritten] 9/30/12

11:20 AM
Page 2

Activity: Cost of equipment Sold | Division: Depreciation | Group: Machinery and equipment (continued)

| Asset | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | Piping | 12/08/10 | 8,950.18 | 0.00 | 0.00 | 2,386.72 | 447.51 | 2,834.23 | 6,115.95 | SL | 5.0 |
| 37 | Plumbing | 12/08/10 | 8,708.29 | 0.00 | 0.00 | 2,322.22 | 435.41 | 2,757.63 | 5,950.66 | SL | 5.0 |
| 38 | Press (filter) | 12/08/10 | 1,233.67 | 0.00 | 0.00 | 328.97 | 61.68 | 390.65 | 843.02 | SL | 5.0 |
| 39 | Pump, 20 gpm | 12/08/10 | 1,741.66 | 0.00 | 0.00 | 464.44 | 87.09 | 551.53 | 1,190.13 | SL | 5.0 |
| 40 | Pump, Dayton Model C48K28D1! | 12/08/10 | 1,935.17 | 0.00 | 0.00 | 516.04 | 96.75 | 612.79 | 1,322.38 | SL | 5.0 |
| 41 | Pump, Emerson Little Giant, Model | 12/08/10 | 1,935.17 | 0.00 | 0.00 | 516.04 | 96.75 | 612.79 | 1,322.38 | SL | 5.0 |
| 42 | Pump, Gas Transfer, 5hp | 12/08/10 | 435.41 | 0.00 | 0.00 | 116.11 | 21.77 | 137.88 | 297.53 | SL | 5.0 |
| 43 | Pump, Gorman Rupp B100 | 12/08/10 | 7,256.90 | 0.00 | 0.00 | 1,935.18 | 362.84 | 2,298.02 | 4,958.88 | SL | 5.0 |
| 44 | Pump, Gorman Rupp Model EIM5 | 12/08/10 | 3,970.35 | 0.00 | 0.00 | 1,032.10 | 193.52 | 1,225.62 | 2,644.73 | SL | 5.0 |
| 45 | Pump, Leeson, Model C4C17FB11 | 12/08/10 | 967.59 | 0.00 | 0.00 | 258.03 | 48.38 | 306.41 | 661.18 | SL | 5.0 |
| 46 | Pump, Little Giant, Model TE-4-Ml | 12/08/10 | 601.52 | 0.00 | 0.00 | 160.41 | 30.07 | 190.48 | 411.04 | SL | 5.0 |
| 47 | Pump, Marathon Electric, Model D | 12/08/10 | 967.59 | 0.00 | 0.00 | 258.03 | 48.38 | 306.41 | 661.18 | SL | 5.0 |
| 48 | Pump, Sandpiper, Model S05B5P/1 | 12/08/10 | 1,548.14 | 0.00 | 0.00 | 412.84 | 77.41 | 490.25 | 1,057.89 | SL | 5.0 |
| 49 | Pump, Yamada, Model NDP 25BPS | 12/08/10 | 10,812.79 | 0.00 | 0.00 | 2,883.41 | 540.64 | 3,424.05 | 7,388.74 | SL | 5.0 |
| 50 | Pumps, General Use Production | 12/08/10 | 46,540.97 | 0.00 | 0.00 | 12,410.92 | 2,327.05 | 14,737.97 | 31,803.00 | SL | 5.0 |
| 51 | PVC Piping | 12/08/10 | 4,596.04 | 0.00 | 0.00 | 1,225.61 | 229.81 | 1,455.42 | 3,140.62 | SL | 5.0 |
| 52 | Tank, catalyst mixing, 285 gallon | 12/09/10 | 4,475.69 | 0.00 | 0.00 | 1,193.36 | 223.75 | 1,417.11 | 3,058.58 | SL | 5.0 |
| 53 | Tank, esterification reactor, 1,300 g | 12/09/10 | 24,383.31 | 0.00 | 0.00 | 6,502.19 | 1,219.16 | 7,721.35 | 16,661.96 | SL | 5.0 |
| 54 | Tank, LP Gas Fuel Storage | 12/09/10 | 3,483.13 | 0.00 | 0.00 | 928.89 | 174.16 | 1,103.05 | 2,380.08 | SL | 5.0 |
| 55 | Tank, Polyurethane, 100 gallon | 12/09/10 | 870.83 | 0.00 | 0.00 | 232.22 | 43.54 | 275.76 | 595.07 | SL | 5.0 |
| 56 | Tank, Polyurethane, 1,500 gallon w | 12/09/10 | 34,107.47 | 0.00 | 0.00 | 9,095.32 | 1,705.38 | 10,800.70 | 23,306.77 | SL | 5.0 |
| 57 | Tank, Polyurethane, 2,500 gallon (T | 12/30/10 | 5,515.25 | 0.00 | 0.00 | 1,470.73 | 275.77 | 1,746.50 | 3,768.75 | SL | 5.0 |
| 58 | Tank, Polyurethane, 300 Gallon (H; | 12/30/10 | 8,416.72 | 0.00 | 0.00 | 2,244.46 | 420.83 | 2,665.29 | 5,751.43 | SL | 5.0 |
| 59 | Tank, Polyurethane, 3,000 gallon (F | 12/30/10 | 1,636.51 | 0.00 | 0.00 | 436.41 | 81.82 | 518.23 | 1,118.28 | SL | 5.0 |
| 60 | Tank, Polyurethane, 400 Gallon | 12/30/10 | 17,416.58 | 0.00 | 0.00 | 4,644.43 | 870.83 | 5,515.26 | 11,901.32 | SL | 5.0 |
| 61 | Tank, Polyurethane, 5,300 gallon w | 12/30/10 | 3,676.83 | 0.00 | 0.00 | 980.49 | 183.85 | 1,164.34 | 2,512.49 | SL | 5.0 |
| 62 | Tank, Polyurethane, 500 Gallon (Da | 12/30/10 | 28,737.71 | 0.00 | 0.00 | 7,663.39 | 1,436.88 | 9,100.27 | 19,637.44 | SL | 5.0 |
| 63 | Tank, Polyurethane, 6,500 Gallon (C | 12/30/10 | 9,192.68 | 0.00 | 0.00 | 2,451.23 | 459.60 | 2,910.83 | 6,281.85 | SL | 5.0 |
| 64 | Tank, Propane | 12/30/10 | 471.86 | 0.00 | 0.00 | 123.32 | 23.22 | 146.54 | 325.32 | SL | 5.0 |
| 65 | Tank, Setting 1,500 gallon | 12/30/10 | 870.83 | 0.00 | 0.00 | 232.22 | 43.54 | 275.76 | 595.07 | SL | 5.0 |
| 66 | Tank, Sodium Methylate, 4500 gall | 12/30/10 | 15,481.40 | 0.00 | 0.00 | 4,128.37 | 774.07 | 4,902.44 | 10,578.96 | SL | 5.0 |
| 67 | Tank, Stainless Steel, 150 gal | 12/30/10 | 895.02 | 0.00 | 0.00 | 238.66 | 44.75 | 283.41 | 611.61 | SL | 5.0 |
| 68 | Tank, Steel, Diesel, 550 gallon | 12/30/10 | 870.83 | 0.00 | 0.00 | 338.16 | 60.78 | 384.94 | 838.67 | SL | 5.0 |
| 69 | Tank, Storage. 8,000 gallons | 12/30/10 | 15,481.40 | 0.00 | 0.00 | 2,446.40 | 458.70 | 2,905.10 | 10,578.96 | SL | 5.0 |
| 70 | Tank, water storage | 12/30/10 | 895.02 | 0.00 | 0.00 | 774.07 | 145.14 | 919.21 | 611.61 | SL | 5.0 |
| 71 | Tires | 12/08/10 | 9,174.02 | 0.00 | 0.00 | 2,446.40 | 458.70 | 2,905.10 | 6,268.92 | SL | 5.0 |
| 72 | Valves | 12/08/10 | 164.49 | 0.00 | 0.00 | 43.87 | 8.22 | 52.09 | 112.40 | SL | 5.0 |
| 73 | Fork Lift | 12/08/10 | 28,285.00 | 0.00 | 0.00 | 7,071.25 | 1,414.25 | 8,485.50 | 19,799.50 | SL | 5.0 |
| 74 | Scissor Lift | 12/08/10 | 11,184.63 | 0.00 | 0.00 | 1,491.28 | 559.23 | 2,050.51 | 9,134.12 | SL | 5.0 |
| 75 | Trailer, small | 1/07/11 | 2,616.04 | 0.00 | 0.00 | 654.01 | 130.81 | 784.82 | 1,831.22 | SL | 5.0 |
| 83 | Boiler | 7/27/11 | 10,836.53 | 0.00 | 0.00 | 496.67 | 496.67 | 993.34 | 9,843.04 | SL | 5.0 |
| | Containers | 2/03/12 | | 0.00c | 0.00 | | | | | SL | 5.0 |
| | **Machinery and equipment** | | 404,188.70 | 0.00c | 0.00 | 103,384.34 | 20,164.29 | 123,548.63 | 280,640.07 | | |
| | **Depreciation** | | 902,220.36 | 0.00c | 0.00 | 255,228.77 | 43,807.14 | 299,035.91 | 603,184.45 | | |

38024B1  Grease Recovery Solutions, LLC

**Book Asset Detail**   4/01/12 - 6/30/12

27-4322732

FYE: 12/31/2012  Qtr: ~~03/01/12~~ 9/30/12

03/01/2012  11:20 AM

Page 3

| Asset | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Activity: Cost of Goods Sold (continued) | | | | | | | | | | | |
| | Cost of Goods Sold | | 902,220.36 | 0.00c | | 0.00 | 255,228.77 | 43,807.14 | 299,035.91 | 603,184.45 | | |

38024B1 Grease Recovery Solutions, LLC
27-4322732
FYE: 12/31/2012 Qtr: ~~*~~ 9/30/12

**Book Asset Detail**   4/01/12 - ~~*~~ 9/30/12

~~*~~  11:20 AM  Page 4

| Asset / Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|
| **Activity: Form 1065, Page 1** | | | | | | | | | | |
| **Division: Amortization** | | | | | | | | | | |
| **Group: Intangibles** | | | | | | | | | | |
| 85 d  Loan costs-Reunion #0348 for $550 | 2/15/11 | 7,744.00 | 0.00 | 0.00 | 1,677.86 | 0.00 | 1,677.86 | 6,066.14 | Amort | 5.0 |
| **Intangibles** | | 7,744.00 | 0.00c | 0.00 | 1,677.86 | 0.00 | 1,677.86 | 6,066.14 | | |
| **Amortization** | | 7,744.00 | 0.00c | 0.00 | 1,677.86 | 0.00 | 1,677.86 | 6,066.14 | | |
| *Less: Dispositions and Transfers | | 7,744.00 | 0.00 | 0.00 | 1,677.86 | 0.00 | 1,677.86 | 6,066.14 | | |
| Net Amortization | | 0.00 | 0.00c | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| **Division: Depreciation** | | | | | | | | | | |
| **Group: Leasehold improvements** | | | | | | | | | | |
| 82  Office build out | 1/01/11 | 5,740.00 (+) | 0.00 | 0.00 | 5,740.00 | 0.00 | 5,740.00 | 0.00 | S/L | 15.0 |
| **Leasehold improvements** | | 5,740.00 | 0.00c | 0.00 | 5,740.00 | 0.00 | 5,740.00 | 0.00 | | |
| **Group: Office equipment** | | | | | | | | | | |
| 83  Apple | 2/14/11 | 881.82 | 0.00 | 0.00 | 881.82 | 0.00 | 881.82 | 0.00 | 200DB | 5.0 |
| 84  Phone System | 1/11/11 | 930.00 | 0.00 | 0.00 | 930.00 | 0.00 | 930.00 | 0.00 | 200DB | 7.0 |
| **Office equipment** | | 1,811.82 | 0.00c | 0.00 | 1,811.82 | 0.00 | 1,811.82 | 0.00 | | |
| **Group: Trucks** | | | | | | | | | | |
| 2  Pump Truck | 12/08/10 | 32,252.92 | 0.00 | 0.00 | 8,600.78 | 1,612.64 | 10,213.42 | 22,039.50 | S/L | 5.0 |
| 3  Truck - Bering 1999 1500 gallon | 12/08/10 | 8,869.55 | 0.00 | 0.00 | 2,365.22 | 443.48 | 2,808.70 | 6,060.85 | S/L | 5.0 |
| 4  Truck - Ford F-350 1999 | 12/08/10 | 8,869.55 | 0.00 | 0.00 | 2,365.22 | 443.48 | 2,808.70 | 6,060.85 | S/L | 5.0 |
| 5  Truck Ford F-800 1999, 2500 pump | 12/08/10 | 4,257.38 | 0.00 | 0.00 | 1,135.31 | 212.87 | 1,348.18 | 2,909.20 | S/L | 5.0 |
| 81  2008 Ford F46 | 12/08/10 | 30,334.46 | 0.00 | 0.00 | 8,089.18 | 1,516.73 | 9,605.91 | 20,728.55 | S/L | 5.0 |
| **Trucks** | | 84,583.86 (5) | 0.00c | 0.00 | 22,555.71 | 4,229.20 | 26,784.91 | 57,798.95 | | |
| **Depreciation** | | 92,135.68 | 0.00c | 0.00 | 30,107.53 | 4,229.20 | 34,336.73 | 57,798.95 | | |
| *Less: Dispositions and Transfers   Form 1065, Page 1 | | 99,879.68 | 0.00c | 0.00 | 31,785.39 | 4,229.20 | 36,014.59 | 63,865.09 | | |
| | | 7,744.00 | 0.00 | 0.00 | 1,677.86 | 0.00 | 1,677.86 | 6,066.14 | | |
| Net Form 1065, Page 1 | | 92,135.68 | 0.00c | 0.00 | 30,107.53 | 4,229.20 | 34,336.73 | 57,798.95 | | |
| **Grand Total** | | 1,002,100.04 | 0.00c | 0.00 | 287,014.16 | 48,036.34 | 335,050.50 | 667,049.54 | | |
| Less: Dispositions and Transfers | | 7,744.00 | 0.00 | 0.00 | 1,677.85 | 0.00 | 1,677.95 | 6,066.14 | | |
| Net Grand Total | | 994,356.04 | 0.00c | 0.00 | 285,336.30 | 48,036.34 | 333,372.6 (C) | 660,983.40 | | |

Handwritten annotations:

Σ(A) = 30,914.91  Leasehold improvements

Σ(B)  Labe... fav improvements

4,583.86

15,425.50  2006 ford F-350  Trucks  9/30/12

9B 526.36

(C) 333,372.64  36DQ
46,036.34  dept
389,408.98  TOTAL DEPR.

38024A  Brownie's Wastewater Solutions, Inc
27-4097651
FYE: 12/31/2012  Qtr: ~~09/06/2012~~ 9/30/12

**Book Asset Detail**   4/01/12 - ~~09/06/12~~ ~~6/30/12~~ 9/30/12

~~09/06/2012~~ 9:50 PM
Page 1

| Asset d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Activity:** Cost of Goods Sold | | | | | | | | | | | |
| **Division:** Depreciation | | | | | | | | | | | |
| **Group:** Large Equipment | | | | | | | | | | | |
| 22 | 07 Inti - Vactor | 7/01/10 | 276,455.00 | 0.00 | 0.00 | 96,759.25 | 13,822.75 | 110,582.00 | 165,873.00 | SL | 5.0 |
| 23 | 08 Inti - Vactor | 7/01/10 | 285,000.00 | 0.00 | 0.00 | 99,750.00 | 14,250.00 | 114,000.00 | 171,000.00 | SL | 5.0 |
| 26 | 98 Ford - Vactor | 7/01/10 | 146,000.00 | 0.00 | 0.00 | 51,100.00 | 7,300.00 | 58,400.00 | 87,600.00 | SL | 5.0 |
| 43 | Multi Terrain Loader | 7/01/10 | 20,218.00 | 0.00 | 0.00 | 3,538.15 | 505.45 | 4,043.60 | 16,174.40 | SL | 10.0 |
| 45 | Mini Excavator | 8/16/11 | 45,983.49 | 0.00 | 0.00 | 2,682.37 | 1,149.59 | 3,831.96 | 42,151.53 | SL | 10.0 |
| 47 | 2012 Freightliner | 3/31/12 | 181,450.42 | 0.00c | 0.00 | 0.00 | | 0.00 | 181,450.42 | Memo | 0.0 |
| 48 | Waste Water Treatment System | 3/23/12 | 65,000.00 | 0.00 | 0.00 | 2,437.50 | 2,437.50 | 4,875.00 | 60,125.00 | SL | 5.0 |
| **Large Equipment** | | | 1,020,106.91 | | 0.00 | 256,267.27 | 39,465.29 | 295,732.56 | 724,374.35 | | |
| **Group:** Machinery and equipment | | | | | | | | | | | |
| 27 | 93 Mack #7419 Trailer | 7/01/10 | 14,190.55 | 0.00 | 0.00 | 4,966.70 | 709.53 | 5,676.23 | 8,514.32 | SL | 5.0 |
| 28 | 09 Hazd #2016 Trailer Jet | 7/01/10 | 8,062.00 | 0.00 | 0.00 | 2,821.70 | 403.10 | 3,224.80 | 4,837.20 | SL | 5.0 |
| 29 | 05 Cont - Cargo Trailer | 7/01/10 | 4,750.00 | 0.00 | 0.00 | 1,662.50 | 237.50 | 1,900.00 | 2,850.00 | SL | 5.0 |
| 30 | 70 Blir - Tanker | 7/01/10 | 7,900.00 | 0.00 | 0.00 | 2,765.00 | 395.00 | 3,160.00 | 4,740.00 | SL | 5.0 |
| 32 | 90 Polr - Trailer | 7/01/10 | 5,000.00 | 0.00 | 0.00 | 1,750.00 | 250.00 | 2,000.00 | 3,000.00 | SL | 5.0 |
| 33 | 88 Whit #5460 | 7/01/10 | 23,000.00 | 0.00 | 0.00 | 8,050.00 | 1,150.00 | 9,200.00 | 13,800.00 | SL | 5.0 |
| 34 | 83 Frhf - Tanker | 7/01/10 | 6,000.00 | 0.00 | 0.00 | 2,100.00 | 300.00 | 2,400.00 | 3,600.00 | SL | 5.0 |
| 36 | 04 TrplC - Trailer | 7/01/10 | 623.03 | 0.00 | 0.00 | 218.06 | 31.16 | 249.22 | 373.81 | SL | 5.0 |
| 37 | Jetter - US Jet | 7/01/10 | 19,898.00 | 0.00 | 0.00 | 6,964.30 | 994.90 | 7,959.20 | 11,938.80 | SL | 5.0 |
| 38 | Oil Tanker | 7/01/10 | 52,493.57 | 0.00 | 0.00 | 18,372.75 | 2,624.68 | 20,997.43 | 31,496.14 | SL | 5.0 |
| **Machinery and equipment** | | | 141,917.15 | 0.00c | 0.00 | 49,671.01 | 7,095.87 | 56,766.88 | 85,150.27 | | |
| **Group:** Trucks | | | | | | | | | | | |
| 1 | 00 F-350 - Truck | 7/01/10 | 8,058.95 | 0.00 | 0.00 | 2,820.64 | 402.95 | 3,223.59 | 4,835.36 | SL | 5.0 |
| 2 | Inti #7313 - Pump Truck | 7/01/10 | 30,000.00 | 0.00 | 0.00 | 10,500.00 | 1,500.00 | 12,000.00 | 18,000.00 | SL | 5.0 |
| 3 | 92 Ford #1066 - Truck | 7/01/10 | 4,000.00 | 0.00 | 0.00 | 1,400.00 | 200.00 | 1,600.00 | 2,400.00 | SL | 5.0 |
| 4 | 99 Inti #335 - Pump Truck | 7/01/10 | 27,091.00 | 0.00 | 0.00 | 9,481.85 | 1,354.55 | 10,836.40 | 16,254.60 | SL | 5.0 |
| 5 | 00 Inti #9986 - Pump Truck | 7/01/10 | 28,900.00 | 0.00 | 0.00 | 10,115.00 | 1,445.00 | 11,560.00 | 17,340.00 | SL | 5.0 |
| 6 | 01 Inti #7616 Pump Truck | 7/01/10 | 32,000.00 | 0.00 | 0.00 | 11,200.00 | 1,600.00 | 12,800.00 | 19,200.00 | SL | 5.0 |
| 7 | 01 Inti #7619 - Pump Truck | 7/01/10 | 32,000.00 | 0.00 | 0.00 | 11,200.00 | 1,600.00 | 12,800.00 | 19,200.00 | SL | 5.0 |
| 8 | 95 Ford #5810 - Pump Truck | 7/01/10 | 48,700.00 | 0.00 | 0.00 | 17,045.00 | 2,435.00 | 19,480.00 | 29,220.00 | SL | 5.0 |
| 9 | 00 Frht #1233 - Pump Truck | 7/01/10 | 59,000.00 | 0.00 | 0.00 | 20,650.00 | 2,950.00 | 23,600.00 | 35,400.00 | SL | 5.0 |
| 10 | 97 Ford #2236 - Pickup Truck | 7/01/10 | 4,995.00 | 0.00 | 0.00 | 1,748.25 | 249.75 | 1,998.00 | 2,997.00 | SL | 5.0 |
| 11 | 00 Ford #7061 - Pickup Truck | 7/01/10 | 5,821.00 | 0.00 | 0.00 | 2,037.35 | 291.05 | 2,328.40 | 3,492.60 | SL | 5.0 |
| 12 | 99 Ford #0983 - Truck | 7/01/10 | 17,000.00 | 0.00 | 0.00 | 5,950.00 | 850.00 | 6,800.00 | 10,200.00 | SL | 5.0 |
| 13 | 01 Ford #4225 - Truck | 7/01/10 | 10,988.00 | 0.00 | 0.00 | 3,845.80 | 549.40 | 4,395.20 | 6,592.80 | SL | 5.0 |
| 14 | 97 Ford - Pickup Truck | 7/01/10 | 8,500.00 | 0.00 | 0.00 | 2,975.00 | 425.00 | 3,400.00 | 5,100.00 | SL | 5.0 |
| 15 | 98 Ford #8416 Pump Truck | 7/01/10 | 6,490.00 | 0.00 | 0.00 | 2,271.50 | 324.50 | 2,596.00 | 3,894.00 | SL | 5.0 |
| 16 | 00 Ford #1600 - Truck | 7/01/10 | 31,610.00 | 0.00 | 0.00 | 11,063.50 | 1,580.50 | 12,644.00 | 18,966.00 | SL | 5.0 |
| 18 | 00 GMC #9799 - Pickup | 7/01/10 | 6,888.00 | 0.00 | 0.00 | 2,410.80 | 344.40 | 2,755.20 | 4,132.80 | SL | 5.0 |
| 20 | 00 Ford - Plumbing Truck | 7/01/10 | 12,990.00 | 0.00 | 0.00 | 4,546.50 | 649.50 | 5,196.00 | 7,794.00 | SL | 5.0 |
| 28 | 99 Ford #7937 - Truck | 7/01/10 | 4,985.00 | 0.00 | 0.00 | 1,744.65 | 249.15 | 1,993.20 | 2,989.80 | SL | 5.0 |
| 41 | 01 Ford 550 - Lift Truck | 7/01/10 | 10,560.00 | 0.00 | 0.00 | 3,696.00 | 528.00 | 4,224.00 | 6,336.00 | SL | 5.0 |
| 43 | 05 Ford #3738 - F450 | 10/14/11 | 8,093.50 | 0.00 | 0.00 | 809.36 | 404.67 | 1,214.03 | 6,879.47 | SL | 5.0 |
| 44 | 08 Ford Truck-Ford Credit | 7/01/10 | 14,563.09 | 0.00 | 0.00 | 5,097.09 | 728.15 | 5,825.24 | 8,737.85 | SL | 5.0 |

38024A  Brownie's Wastewater Solutions, Inc

27-4097651

FYE: 12/31/2012  Qtr: ~~00/00/2012~~ 4 | 30 | 12

**Book Asset Detail**  4/01/12 - ~~6/30/12~~  9/30/12

~~00/00/2012~~ 9:50 PM

Page 2

| Asset d l | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Activity: Cost of Goods Sold | Division: Depreciation | Group: Trucks (continued)** | | | | | | | | | | |
| 46 | Pump Truck motor replacement | 1/01/11 | 14,700.00 | 0.00 | 0.00 | 3,675.00 | 735.00 | 4,410.00 | 10,290.00 | S/L | 5.0 |
| **Trucks** | | | 427,921.54 | 0.00c | 0.00 | 146,279.19 | 21,396.07 | 167,675.26 | 260,246.28 | | |
| | | | 1,589,945.60 | 0.00c | 0.00 | 452,217.47 | 67,957.23 | 520,174.70 | 1,069,770.90 | | |
| **Depreciation** | Cost of Goods Sold | | 1,589,945.60 | 0.00c | 0.00 | 452,217.47 | 67,957.23 | 520,174.70 | 1,069,770.90 | | |

38024A  Brownie's Wastewater Solutions, Inc
27-4097651
FYE: 12/31/2012  Qtr: ~~12/31/2012~~ 9/30/12

**Book Asset Detail**  4/01/12 - ~~12/31/12~~ 9/30/12

~~01/06/2012~~ 9:50 PM
Page 3

**Activity: Form 1120, Page 1**

| Asset d/t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Division:** | | | | | | | | | | | | |
| **Group: Office equipment** | | | | | | | | | | | | |
| 53 | Supplies | 5/16/12 | 600.00 (A) | 0.00c | | 0.00 | 0.00 | 120.00 | 120.00 | 480.00 | 200DB | 5.0 |
| | Office equipment | | 600.00 | 0.00c | | 0.00 | 0.00 | 120.00 | 120.00 | 480.00 | | |
| | No Division | | 600.00 | 0.00c | | 0.00 | 0.00 | 120.00 | 120.00 | 480.00 | | |
| **Division: Amortization** | | | | | | | | | | | | |
| **Group: Intangibles** | | | | | | | | | | | | |
| 1 | Client List | 7/01/10 | 200,000.00 | 0.00 | | 0.00 | 70,000.00 | 10,000.00 | 80,000.00 | 120,000.00 | Amort | 5.0 |
| 52 | Loan Costs | 3/30/12 | 2,863.95 | 0.00c | | 0.00 | 0.00 | 536.99 | 536.99 | 2,326.96 | S/L | 2.0 |
| | Intangibles | | 202,863.95 | 0.00c | | 0.00 | 70,000.00 | 10,536.99 | 80,536.99 | 122,326.96 | | |
| | Amortization | | 202,863.95 | 0.00c | | 0.00 | 70,000.00 | 10,536.99 | 80,536.99 | 122,326.96 | | |
| **Division: Depreciation** | | | | | | | | | | | | |
| **Group: Office equipment** | | | | | | | | | | | | |
| 50 | Office Equip & Computers | 7/01/10 | 14,146.40 | 0.00 | | 0.00 | 4,951.24 | 707.32 | 5,658.56 | 8,487.84 | S/L | 5.0 |
| 51 | Canon Copier | 4/13/11 | 11,433.00 | 0.00 | | 0.00 | 2,286.60 | 571.65 | 2,858.25 | 8,574.75 | S/L | 5.0 |
| | Office equipment | | 25,579.40 (B) | 0.00c | | 0.00 | 7,237.84 | 1,278.97 | 8,516.81 | 17,062.59 | | |
| | Depreciation | | 25,579.40 | 0.00c | | 0.00 | 7,237.84 | 1,278.97 | 8,516.81 | 17,062.59 | | |
| | **Form 1120, Page 1** | | 229,043.35 | 0.00c | | 0.00 | 77,237.84 | 11,935.96 | 89,173.80 | 139,869.55 | | |
| | **Grand Total** | | 1,818,988.95 | 0.00c | | 0.00 | 529,455.31 | 79,893.19 | 609,348.50 | 1,209,640.45 | | |

Handwritten annotations:

Ice Machine 9/27/12

(A) 600.00 — Refinance items

(B) 25,579.40 — Office equipment 9/30/12

1,500.00
209.04
27,269.41

6934.20  3rd qr depr
10 0000  3rd qr amort
693,374.70  Total Depr + Amort

EXHIBIT C

## SECURITIES AND EXCHANGE COMMISSION
### v.
## FREEDOM ENVIRONMENTAL SERVICES, INC.

### Estimated Potential Claims/Liabilities as of September 30, 2012

NOTE: The amounts recorded below are based on an inspection and reconstruction of the Company's accounting records. The potential claims have not yet been analyzed or investigated by the Receiver. Therefore, the appearance of a creditor name or an amount on this schedule is in no way a waiver by the Receiver of his right to object to such claim. The Receiver reserves the right to amend or append thios schedule at his sole discretion.

|  | 9/30/12 Balance |
|---|---|
| **FREEDOM ENVIRONMENTAL SERVICES** | |
| 3000 · Accounts Payable - Receivership | $ - |
| 3000 · Accounts Payable - Pre-receivership | 51,029.00 |
| Total accounts payable (see attached aging summary) | 51,029.00 |
| | |
| 3430 · Accrued Interest | $ 128,125.26 |
| 3700 · Line of Credit - RBC | 13,177.35 |
| 3710 · Due to Delta / PATB / Haigh | 33,800.00 |
| 4110 · N/P Resort Marketing | 417,754.85 |
| 4111 · N/P The Smart Trust (Berthiaume) | 220,000.00 |
| 4112 · N/P IRA Trust Co (Richards) | 25,000.00 |
| 4118 · N/P Dr. Scott Levine | 75,000.00 |
| 4119 · N/P Total CFO | 7,359.58 |
| 4120 · N/P Henry & Phyllis Schilings | 550,000.00 |
| TOTAL FREEDOM ENVIRONMENTAL SERVICES | $ 1,470,217.04 |
| | |
| **B&P ENVIRONMENTAL SERVICES** | |
| 3420 · Taxes payable | $ 110,000.00 |
| TOTAL B&P ENVIRONMENTAL SERVICES | $ 110,000.00 |
| | |
| **BROWNIES WASTEWATER SOLUTIONS** | |
| 3000 · Accounts Payable - Receivership | $ 66,566.41 |
| 3000 · Accounts Payable - Pre-receivership | 181,984.48 |
| Total accounts payable (see attached aging summary) | 248,550.89 |
| | |
| 3010 · Payable on Equipment Purchases | 15,000.00 |
| 3011 · Contigent Liability - Neff Rent | 4,936.18 |
| 3420 · Taxes payable | 17,349.11 |

EXHIBIT C

## SECURITIES AND EXCHANGE COMMISSION
### v.
## FREEDOM ENVIRONMENTAL SERVICES, INC.

### Estimated Potential Claims/Liabilities as of September 30, 2012

NOTE: The amounts recorded below are based on an inspection and reconstruction of the Company's accounting records. The potential claims have not yet been analyzed or investigated by the Receiver. Therefore, the appearance of a creditor name or an amount on this schedule is in no way a waiver by the Receiver of his right to object to such claim. The Receiver reserves the right to amend or append thios schedule at his sole discretion.

|  | 9/30/12 Balance |
|---|---|
| 3512 · Customer Deposits Received | 36,100.00 |
| 3600 · Due to Resort Marketing | 836.25 |
| 3805 · Notes Payable - Vac & Jet LLC | 60,000.00 |
| 4010 · Note Payable - Ford Credit | 3,962.92 |
| 4011 · Note payable - CNH Capital | 37,503.91 |
| 4012 · Lease - OCE Financial Copier | 8,321.14 |
| 4014 · N/P Wells Fargo (2012 Freight) | 137,604.53 |
| 4032 · N/P Reunion Bank (Consolidated) | 806,000.00 |
| 4034 · N/P Scott Levine | 250,000.00 |
| TOTAL BROWNIES WASTEWATER SOLUTIONS | $ 1,874,715.82 |
| | |
| GREASE RECOVERY SOLUTIONS | |
| 3000 · Accounts Payable - Receivership | $             - |
| 3000 · Accounts Payable - Pre-receivership | 7,629.20 |
| Total accounts payable (see attached aging summary) | 7,629.20 |
| | |
| 3002 · Note Payable - Tropical Auto | 13,942.50 |
| 3005 · Advance from employee | 1,684.63 |
| 3205 · Rebates payable | 132,024.52 |
| 4010 · Note payable - Ford Credit | 22,794.55 |
| TOTAL GREASE RECOVERY SOLUTIONS | $    170,446.20 |
| | |
| GRAND TOTAL | $ 3,625,379.06 |

**SECURITIES AND EXCHANGE COMMISSION**
v.
**FREEDOM ENVIRONMENTAL SERVICES, INC.**

**Accounts Payable Detail as of September 30, 2012**

| | TOTAL |
|---|---|
| A-ABRA-KEY-DABRA LOCKSMITH | $ 183.18 |
| A & L Septic Tank Products, Inc. | 1,966.03 |
| A Courteous Communications | 2,047.90 |
| Adjustment Year-End | - |
| Affordable Bio Feedstock | 16,232.62 |
| Airgas South | 237.51 |
| All American Water Restoration | 350.00 |
| All Cool | 112.00 |
| All Florida Septic | 720.00 |
| Arrow Pavement Serivces, Inc | 6,875.00 |
| AT&T | 304.87 |
| Bakers Waste Equipment, Inc. | 6,980.96 |
| Big Papa's Bar & Grill | 94.00 |
| Blown Away | 4,350.00 |
| Brian's Bar B Que | 289.60 |
| Broadbridge | 396.63 |
| Bruce Morse Insurance Agency, Inc. | 8,997.24 |
| Budget Truck Rental | 84.50 |
| Call A Hand Services LLC | 550.00 |
| Central Florida Soil Solutions | 2,940.00 |
| Charles Moorefield, MD, PA | 430.00 |
| Citrus Club | 158.40 |
| City of Leesburg Environmental Services | 100.00 |
| City of Mount Dora | 1,049.97 |
| Cleaning Orlando LLC | 180.00 |
| Colonial Stock | 1,150.00 |
| Contractor Access | 346.89 |
| Crabby Bills-sc | 627.60 |
| Cues | 45.55 |
| Data Cube Systems | 8,011.18 |
| Direct TV | 18.28 |
| Environmental Ag Products | 35,475.00 |
| Epoxy Tech | 4,465.74 |
| Fastenal | - |
| FedEx | 71.76 |
| Five Point Cafe' | 75.20 |
| Florida Industrial Products | 772.13 |

SECURITIES AND EXCHANGE COMMISSION

v.

FREEDOM ENVIRONMENTAL SERVICES, INC.

### Accounts Payable Detail as of September 30, 2012

|  | TOTAL |
|---|---|
| Frank Cinelli Services | 2,629.91 |
| Fuelman of Jacksonville | 12,922.24 |
| Hulett's Environmental Services | 74.76 |
| Hydrologic Distribution Company | 1,378.80 |
| K & J Wellpointing Inc | 2,525.00 |
| Key Net Solutions | 120.00 |
| Lee's Famous Recipes | 312.00 |
| Linebarger Goggan Blair & Sampson, LLP | 598.33 |
| Lynch Oil Company, Inc. | 1,697.18 |
| Mac Tapping Inc | 1,000.00 |
| Mahoney Company | 403.00 |
| Michael Ciarlone | 19,000.00 |
| MSP Rental of Central FL, LLC | 1,368.07 |
| Neff Rentals | 4,000.00 |
| NEOPOST | 37.23 |
| Neopost 2nd | 200.00 |
| NMS Management Services, Inc. | 162.00 |
| No. 1 Chinese | 128.00 |
| OCE | 231.38 |
| Orlando Utilities Commission | 75.83 |
| Parker Brothers Trucking, Inc. | 6,665.00 |
| Praxair Distribution Southeast, LLC | 963.40 |
| Printing USA | 266.78 |
| Progress Energy | 676.93 |
| Rain For Rent | 1,214.10 |
| Republic Services | 240.17 |
| Riker's Roadside Services | 1,053.50 |
| RO Trucking | 6,000.00 |
| Royal Brass & Hose | 852.83 |
| Sake | 44.80 |
| Sam's Supermaket | 411.20 |
| SBC-CPA | 17,860.00 |
| Shelley's Septic Tanks, Inc. | 27,500.00 |
| Stanley Security Solutions | 469.22 |
| sun belt rentals | (1,336.49) |
| Taft Vineland Truck Service | 239.63 |
| Tas Motor Service | 4,200.14 |

SECURITIES AND EXCHANGE COMMISSION
v.
FREEDOM ENVIRONMENTAL SERVICES, INC.

### Accounts Payable Detail as of September 30, 2012

|                                           | TOTAL        |
|-------------------------------------------|-------------:|
| Technical Electric                        | 425.00       |
| Teletrac                                  | 3,456.60     |
| The Breakers v                            | 931.20       |
| The Melting Pot                           | 184.00       |
| Tifco Industries                          | 282.38       |
| TMS South                                 | 323.00       |
| Trekker                                   | 5,046.13     |
| Truck Pro                                 | 1,379.32     |
| Twisted Cork                              | 140.80       |
| U.S. HealthWorks                          | 95.00        |
| Unifirst                                  | 5,262.66     |
| United Healthcare                         | (80.03)      |
| US Healthworks                            | 170.00       |
| Verizon                                   | 3,070.13     |
| Westin Image                              | 241.60       |
| Windstream Communications (NuVox)         | 1,877.47     |
| Wingfoot Commercial Tire Systems, LLC     | 1,044.96     |
| Zee Medical                               | 959.68       |
| ZEP Manufacturing Company                 | 866.31       |
| TOTAL BROWNIES WASTEWATER SOLUTIONS       | $ 248,550.89 |

|                                           |              |
|-------------------------------------------|-------------:|
| Bao Bao                                   | 85.00        |
| Beef O' Brady's Viera                     | 305.60       |
| Beyel Brothers                            | 1,621.75     |
| Big Mike's BBQ                            | 13.20        |
| Celebration Golf Club                     | 150.00       |
| Chopstick House                           | 60.80        |
| Daily Graphics and Design                 | 127.78       |
| Disabled American Vets                    | 51.20        |
| Elijah Cafe                               | 116.80       |
| Finley Irish Pub & Eatery                 | 219.20       |
| Firkin & Kegler                           | 153.60       |
| First Technical Services                  | 1,030.97     |
| Foodservice Marketing & Research Group    | 99.00        |
| Ford Credit                               | (3,691.53)   |
| Golden Bear Club                          | 192.00       |

SECURITIES AND EXCHANGE COMMISSION

v.

FREEDOM ENVIRONMENTAL SERVICES, INC.

Accounts Payable Detail as of September 30, 2012

|  | TOTAL |
|---|---|
| Imperial Credit Corp | 18.00 |
| Island Freeze & Pizza | 161.20 |
| Jade Bistro | 70.40 |
| Juliana's | 27.20 |
| La Tripleta | 417.60 |
| Mikey Pizza | 110.00 |
| O'neill, Liebman & Cooper, PA | 3,377.29 |
| Truck Pro | 2,854.54 |
| Victoriany's Pizza | 57.60 |
| TOTAL GREASE RECOVERY SOLUTIONS | $ 7,629.20 |
|  |  |
| Capital Advisory Group, LLC | $ 30,000.00 |
| GBH CPAs | 15,000.00 |
| O'neill, Liebman & Cooper, P.A | 6,029.00 |
| Shelley's Septic | - |
| TOTAL FREEDOM ENVIRONMENTAL | $ 51,029.00 |
|  |  |
| GRAND TOTAL | $ 307,209.09 |