R. Scott Shuker (Florida State Bar No. 984469)
rshuker@lseblaw.com
bknotice@lseblaw.com
John B. Dorris (Florida State Bar No. 0093744)
jdorris@lseblaw.com
bknotice@lseblaw.com
Attorneys for Robert Morrison, Receiver
Latham, Shuker, Eden & Beaudine, LLP
111 N. Magnolia Avenue, Suite 1400
P. O. Box 3353 (32802-3353)
Orlando, FL 32801
Tel:  407-481-5800
Fax: 407-481-5801

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | )<br>)<br>) |
| PLAINTIFF, | )<br>) |
| v. | **RECEIVER'S LIQUIDATION PLAN** <br>)<br>) |
| **FREEDOM ENVIRONMENTAL SERVICES, INC.**, a Delaware Corporation, **MICHAEL BORISH**, and **MICHAEL CIARLONE,** | ) CIVIL NO. 6:12-cv-1415-Orl-28-DAB <br>)<br>)<br>) |
| DEFENDANTS. | )<br>) |

**ROBERT MORRISON** ("Receiver"), duly appointed Receiver for FREEDOM ENVIRONMENTAL SERVICES, INC. ("Freedom" or the "Company"), respectfully presents the *Receiver's Liquidation Plan* and states as follows:

**BACKGROUND**

1. Freedom is a corporation whose securities are registered under Section 12(g) of the Securities Exchange Act of 1934 (the "Securities Act"). Freedom's stock was traded in the over-the-counter (OTC) market and quoted in the National Association of Securities Dealers Inter-dealer Quotation System (NASDAQ). Freedom's primary assets are (1) 100% of the membership units of Grease Recovery Solutions, LLC (GRS) and (2) 100% of the membership units of B&P Environmental Services, LLC (B&P).

2. GRS provides commercial and institutional grease "rendering" and processing services. Grease rendering processing involves the collection of grease and oil discarded by commercial establishments such as restaurants, submitting the grease and oil through a filter and cleaning processes, and selling recycled grease and oil as cooking oil and as bio-fuel while discarding non-saleable product.

3. B&P's primary asset is 100% of the outstanding common stock of Brownies WasteWater Solutions, Inc. (Brownies). Brownies is a septic-tank, drain field, and plumbing service company. Brownie's services include residential and commercial septic tank pump-out, drain field and septic repair and construction, sewer and storm water pump-out, and traditional plumbing. Brownie's has been operating in central Florida since 1948.

4. The term Company as used in this *Liquidation Plan* shall refer to the consolidation of Freedom, GRS, B&P, and Brownies.

5. The Receiver was appointed by this Court on September 17, 2012, pursuant to an *Order Appointing Receiver* (Doc. No. 5) (the "Original Order") in the matter of *Securities and Exchange Commission v. Freedom Environmental Services, Inc., Michael Borish, and Michael*

*Ciarlone* (Case No. 6:12-cv-1415-Orl-28-DAB). The Original Order was amended by an *Order* entered on November 2, 2012 (Doc. No. 37) (together, the "Receiver Order").

6. The Receiver Order requires that the Receiver, within ninety days of the original order, file with the Court a Liquidation Plan.

7. At the commencement of the receivership, the Receiver found the Company to have significant cash flow problems. Critical vendors were not being paid and had revoked the Company's credit. The vendor through which the Company purchased fuel for its vehicles was cancelling the credit facility with the Company weekly due to non-payment and insufficient funds. Most vendors were requiring "cash on delivery" terms and/or significant deposits, tying up critical working capital, and requiring Company employees to carry material amounts of cash with them. Rebates, contractually owed to certain GRS customers, were not being paid. Personal credit cards were required to purchase needed and necessary parts and services.

8. The Receiver also learned that the Company was in non-monetary default of its promissory note to Reunion Bank, the Company's primary secured lender. The Receiver has met with a representative of Reunion Bank and the Company continues to meet its monthly financial obligation to the bank in a timely fashion. On October 15, 2012, the bank served the Company with a *Notice of Default*. It is the intent of the Receiver and his counsel to keep the bank informed as to the Receiver's activities and progress.

9. The Receiver also learned that B&P failed to pay its fourth quarter, 2008 (before it was acquired by Freedom) federal payroll taxes. The Internal Revenue Service (IRS) asserts B&P owes over $110,000 in taxes, penalties, and interest and had delivered to the previous owners of B&P *Notices of Intent to Levy* against the assets of B&P. The Receiver has attempted to

communicate with the IRS without success. However, he did, in correspondence to the IRS, provide a copy of the Receiver Order, in an attempt to protect the Company's assets from levy.

10. In spite of the financial condition of the Company, the Receiver made an initial determination that once stabilized, the Company could operate with positive cash flow and that the Receiver's ultimate recovery for the benefit of creditors and equity holders would be better if the Company and/or its assets are sold as a going concern as opposed to in a liquidation. Therefore, the Company remains open and operating.

**LIQUIDATION PLAN**

11. The Receiver intends to sell the Company's assets and/or stock on a going concern premise. To that end, the Receiver has initiated the following activities:

   a. Development of a package that can be presented to qualified prospects for consideration;

   b. Identification of potential business transaction intermediaries to market and represent the Company; and

   c. Discussions with two specific prospective groups of investors.

12. The Receiver advised the two prospective groups of investors that unless one or both submits an offer to the Receiver by December 31, 2012, the Receiver intends to apply to the Court to retain a business transaction intermediary.

13. There are several potential structures through which a sale may take place. Those include:

   a. Asset sale: The Receiver will require an asset sale to include all tangible and intangible operating assets. While the Receiver might consider the sale of

    Brownie's assets separately from GRS's assets, the Receiver does not intend to sell portions of any one operating entity's assets independently from that entity's other operating assets. It is possible that an asset sale may exclude non-operating assets such as the Receiver's potential causes of action. In that case, the Receiver would retain those assets to liquidate.

  b. Stock sale: The Receiver will require a stock sale to include 100% of the outstanding common stock of Freedom or of Brownies, and/or 100% of the outstanding membership units of GRS. In a stock sale, the buyer(s) would also assume the Company's liabilities and obligations. It is possible that a stock sale may also exclude non-operating assets such as the Receiver's potential causes of action. In that case, the Receiver would retain those assets to liquidate.

14. Another potential valuable asset is the Company's tax net operating loss (NOL). The NOL has value only in a stock sale and only to the extent the NOL can be used by the buyer(s). In an asset sale, the Receiver would retain the NOL and attempt to sell the stock of the entity holding the NOL without other assets.

15. If the Company or its assets are not sold or under contract by June 30, 2013, the Receiver will propose and seek the Court's approval to implement a bidding process wherein the Company or its assets will be sold to the highest bidder(s) by a date certain.

**[Intentionally left blank]**

**RESPECTFULLY SUBMITTED** this 14 day of December 2012.

*[signature]*

Robert B. Morrison, Receiver
518 S. Magnolia Avenue
Suite 110A
Orlando, FL 32801
Tel: 407-770-1280

6

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2012, I caused to be sent by the methods stated below and to the parties listed below a true and correct copy of the foregoing **RECEIVER'S LIQUIDATION PLAN**.

_____
R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice@lseblaw.com
Latham, Shuker, Eden & Beaudine, LLP
111 N. Magnolia Avenue, Suite 1400
PO Box 3353 (32802-3353)
Orlando, FL 32801
Tel: 407-481-5800
Fax: 407-481-5801

Via Electronic Mail:

Robert Morrison
Morrison Valuation and Forensic Service
518 South Magnolia Ave., Ste. 110A
Orlando, FL 32801
Bob.morrison@morrisonvfs.com
Receiver for Freedom Environmental Services, Inc.

Daniel Wadley, Esq
Paul Feindt, Esq
Thomas M. Melton, Esq
Securities and Exchange Commissions
15 West South Temple, Suite 1800
Salt Lake CIty, UT 84101
801-524-5796
Email: wadleyd@sec.gov
Email: feindtp@sec.gov
Email: meltont@sec.gov

Robert S. Gershman
Gershman & Gershman, PA
2160 W. Atlantic Ave., Second Floor
Delray Beach, FL 33445
Robert@rglawfirm.us
Attorney for Michael Ciarlone

Via USPS:
Michael Borish
3842 Winding Lake Circle
Orlando, FL 32835