Thomas M. Melton (Utah State Bar No. 4999)
meltont@sec.gov
Daniel Wadley (Utah State Bar No. 10358)
wadleyd@sec.gov
Paul N. Feindt (Utah State Bar No. 8769)
feindtp@sec.gov
Attorneys for Plaintiff
Securities & Exchange Commission
15 West South Temple, Suite 1800
Salt Lake City, Utah 84101
Telephone: 801-524-5796
Facsimile: 801-524-5262

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> PLAINTIFF, <br><br> v. <br><br> FREEDOM ENVIRONMENTAL SERVICES, INC., a Delaware Corporation, MICHAEL BORISH, and MICHAEL CIARLONE, <br><br> DEFENDANTS. | CASE MANAGEMENT REPORT <br><br> Civil No. 6:12-CV-1415-ORL-28-DAB <br><br> Judge John Antoon, II |

Pursuant to the Court's Order dated September 13, 2013 (Docket No. 72), counsel for the plaintiff Securities and Exchange Commission ("Commission"), Robert Gershman, counsel for Michael Ciarlone, and R. Scott Shuker, counsel for the Receiver have met and conferred by telephone with respect to this matter on via telephone on a number of occasions since mid-September, 2013. Commission counsel has spoken with John Liebman, regarding Michael Borish ("Borish"). This report is the product of those discussions. Mr. Liebman advised

Commission counsel that he did not represent Borish. He provided Commission counsel with a phone number for Borish, but repeated calls and messages have not been answered. Therefore, Commission counsel has chosen to file this Report without his participation.

## Case Management Discussions

### Pretrial Disclosures

The parties have agreed to exchange pretrial disclosures as required by the Federal Rules of Civil Procedure on or before November 27, 2013. The materials that shall be disclosed will include all non-privileged information from the Commission's investigative file in this matter, including documents, filings, testimony and other files, all materials provided by the Receiver to the Commission, and all non-privileged files in the Receiver's possession. Other materials may include all information relating to the operation of Freedom and the employment of Ciarlone and Borish by Freedom.

### Discovery Plan

The Commission and Ciarlone intend to pursue written discovery in the form of requests for admissions, interrogatories and requests for production of documents. The Commission and Ciarlone also intend to take oral depositions. All forms of discovery will be concluded on or before February 28, 2014. At this time, the parties propose that each party be limited to 15 (fifteen) depositions. Depositions will be subject to the time limits established in Rule 30 of the Federal Rules of Civil Procedure.

### Motion Cutoff

All motions to amend claims, join parties or the filing of third party claims will be November 29, 2013. Dispositive motions shall be filed by April 11, 2014.

Alternative Dispute Resolution and Settlement Discussions

Commission counsel has received an offer of settlement from the Receiver on behalf of Freedom. As the Court is aware, counsel for the Commission is unable to bind the Commission in settlement negotiations. The procedure for reaching settlement in Commission enforcement actions is to negotiate a settlement, and then recommend a settlement to the five-member Commission, which must approve all settlements by a majority vote. Commission counsel has forwarded that Offer to the Commission, together with a recommendation. Commission counsel will advise the Court when the Commission makes a decision upon the staff's recommendation.

The Receiver's counsel has advised Commission counsel that he is preparing a Fee Application and a Report regarding the status of the Receivership. It may be that after a review of that Report, the Commission will recommend that the receiver be discharged. This would conclude the Receiver's involvement in the enforcement litigation.

Ciarlone's counsel and Commission counsel have discussed settlement. In order to recommend a settlement with Ciarlone, Commission counsel requires additional information from Ciarlone. If that information is forthcoming, Commission counsel will promptly prepare and forward a recommendation to the Commission, subject to the process explained above.

In light of these settlement discussions, the parties to this report do not believe that mediation or other alternative dispute resolution is required.

Counsel for the Commission believes that if this litigation proceeds with respect to Mr. Borish alone, the litigation may be able to be concluded in the form of a dispositive motion.

Final Pretrial Conference

The parties believe that this matter would be ready for a final pretrial conference on or before June 6, 2014.

<u>Statement Assessing the Need for a Preliminary Pretrial Conference</u>

The parties do not believe that it is necessary to have a preliminary conference prior to the entry of a Case Management and Scheduling Order.

Respectfully submitted,

_____
Thomas M. Melton
Daniel J. Wadley
Paul N. Feindt
Attorneys for Plaintiff
Securities and Exchange Commission

_____
R. Scott Shuker
Counsel for the Court Appointed Receiver
Robert Morrison


_____
Robert S. Gershman
Counsel for Defendant
Michael Ciarlone

The parties do not believe that it is necessary to have a preliminary conference prior to the entry of a Case Management and Scheduling Order.

Respectfully submitted,

---

Thomas M. Melton
Daniel J. Wadley
Paul N. Feindt
Attorneys for Plaintiff
Securities and Exchange Commission

---

R. Scott Shuker
Counsel for the Court Appointed Receiver
Robert Morrison

---

Robert S. Gershman
Counsel for Defendant
Michael Ciarlone