Thomas M. Melton (Utah State Bar No. 4999)
meltont@sec.gov
Daniel Wadley (Utah State Bar No. 10358)
wadleyd@sec.gov
Paul N. Feindt (Utah State Bar No. 8769)
feindtp@sec.gov
Attorneys for Plaintiff
Securities & Exchange Commission
15 West South Temple, Suite 1800
Salt Lake City, Utah 84101
Telephone: 801-524-5796
Facsimile: 801-524-5262

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>FREEDOM ENVIRONMENTAL SERVICES, INC., a Delaware Corporation, MICHAEL BORISH, and MICHAEL CIARLONE,<br><br>DEFENDANTS. | SUPPLEMENT TO CASE MANAGEMENT REPORT<br><br>Civil No. 6:12-CV-1415-ORL-28-DAB<br><br>Judge John Antoon, II |

Plaintiff Securities and Exchange Commission ("Commission") hereby submits this Supplement to the Case Management Report filed on November 5, 2013. (Docket # 76). Commission counsel was contacted by the Defendant Michael Borish ("Borish") subsequent to the filing of the Case Management Report. Borish stated that he was interested in settling this matter with the Commission and requested that Commission counsel prepare and send the necessary documents to Borish for his review. Borish confirmed in the conversation that he was

not represented by counsel. Commission counsel will prepare and deliver the documents to Borish and keep the Court advised as to the progress of the settlement negotiations.

As explained in the Case Management Report, counsel for the Commission is unable to bind the Commission in settlement negotiations. The procedure for reaching settlement in Commission enforcement actions is to negotiate a settlement, and then recommend a settlement to the five-member Commission, which must approve all settlements by a majority vote. Commission counsel will forward that Offer, upon receipt, to the Commission, together with a recommendation. Commission counsel will advise the Court when the Commission makes a decision upon the staff's recommendation.

Respectfully submitted this 7th day of November, 2013

                                  Thomas M. Melton
                                  Daniel J. Wadley
                                  Paul N. Feindt
                                  Attorneys for Plaintiff
                                  Securities and Exchange Commission

                                  Michael Borish

to the progress of the settlement negotiations.

As explained in the Case Management Report, counsel for the Commission is unable to bind the Commission in settlement negotiations   The procedure for reaching settlement in Commission enforcement actions is to negotiate a settlement, and then recommend a settlement to the five-member Commission, which must approve all settlements by a majority vote.  Commission counsel will forward that Offer, upon receipt, to the Commission, together with a recommendation.  Commission counsel will advise the Court when the Commission makes a decision upon the staff's recommendation.

Respectfully submitted this 7th day of November, 2013

Thomas M. Melton
Daniel J. Wadley
Paul N. Feindt
Attorneys for Plaintiff
Securities and Exchange Commission

Michael Borish

2