# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

-vs-                              Case No. 6:12-cv-1415-Orl-28DAB

FREEDOM ENVIRONMENTAL
SERVICES, INC., MICHAEL BORISH,
MICHAEL CIARLONE,

    Defendants.

## ORDER

This cause is before the Court on a review of the Case Management Report ("CMR") (Doc. 81). The parties have indicated in their CMR that they consent to this case proceeding before the United States Magistrate Judge (Doc. 81, p. 3). Therefore, in accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the consent of the parties, this case is referred to the United States Magistrate Judge for all further proceedings and the entry of judgment.

**DONE and ORDERED** in Chambers, Orlando, Florida this __16__ day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party