# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                **Plaintiff,**

-vs-                        **Case No.  6:12-cv-1415-Orl-28DAB**

FREEDOM ENVIRONMENTAL
SERVICES, INC.,  MICHAEL BORISH,
MICHAEL CIARLONE,

                **Defendants.**
_____

## ORDER

      This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEYS FEES AND FOR AWARD OF FEES AND COSTS FOR THE RECEIVER AND HIS RETAINED PROFESSIONALS (Doc. No. 84)** |
| **FILED:** | **November 22, 2013** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

      Pursuant to the parties' Joint Stipulation Between The Receiver, Latham, Shuker, Eden & Beaudine, LLP, and BSP Holdings, LLC, Regarding Receiver's First Interim Application for Award of Fees and Costs For The Receiver And His Retained Professionals, the following amounts totaling $188,000 are to be paid from the $250,000 held in escrow at the law offices of Greenspoon Marder, P.A. and Latham, Shuker, Eden & Beaudine, LLP[1], with the Receiver to direct that the remaining $62,000 of the escrow to be released to the Benitez Law Group, P.L. Trust Account:

---

[1]A total of $250,000 is held in escrow at the respective law offices after completion of the aset purchase agreement authorized by the Court on June 7, 2013.  Doc. 80.

a. $50,000 to the Receiver, Robert B. Morrison, for his fees and costs[2];

b. $44,000 to Morrison Valuation & Forensic Services, LLC, for its fees and costs; and

c. $94,000 to Latham, Shuker, Eden & Beaudine, LLP, for its fees and costs[3];

d. BSP Holdings, LLC, is not responsible for any fees or costs of the Receiver, or any of the Receiver's accountants or counsels, in excess of the aforementioned $188,000.

**DONE** and **ORDERED** in Orlando, Florida on March 10, 2014.

_David A. Baker_

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2]The Receiver, Mr. Morrison, originally sought a total award of $48,725 for himself and $104,645 for the work of the forensic accountants, plus costs of $916.02.

[3]Receiver's Counsel originally sought fees and costs totaling $114,145.65.  BSP had argued that the fees should be reduced by at least $15,653 when counsel's hourly rates were adjusted for reasonable rates in keeping with those in the Orlando legal community.