Thomas M. Melton (Utah State Bar No. 4999)
meltont@sec.gov
Daniel Wadley (Utah State Bar No. 10358)
wadleyd@sec.gov
Paul N. Feindt (Utah State Bar No. 8769)
feindtp@sec.gov
Attorneys for Plaintiff
Securities & Exchange Commission
15 West South Temple, Suite 1800
Salt Lake City, Utah 84101
Telephone:   801-524-5796
Facsimile:   801-524-5262

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>PLAINTIFF,<br><br>v.<br><br>**FREEDOM ENVIRONMENTAL SERVICES, INC., a Delaware Corporation, MICHAEL BORISH, and MICHAEL CIARLONE,**<br><br>DEFENDANTS. | **STATUS REPORT OF SECURITIES AND EXCHANGE COMMISSION**<br><br>Civil No. 6:12-CV-1415-ORL-28-DAB |

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this Status Report pursuant to the Amended Case Management Report (filed on March 28, 2014 (Docket No. 102) and the Order dated July 14, 2014 (Docket No. 110).  In the Amended Case Management Report, the Commission informed the Court that it had received an Offer of Settlement from Defendant Michael Borish.  Since the filing of that Amended Case Management Report, the Commission has received financial information and an Offer of Settlement from Defendant Michael Ciarlone.  Counsel for the

Commission has submitted those offers of settlement for review and approval and requested and obtained additional information from the Defendants at the request of the Commission. The Commission is still in the process of reviewing the Offers of Settlement. Counsel for the Commission anticipates that the Commission will consider the Offers of Settlement on or before September 12, 2014. As of the date of this Status Report, the Commission has not yet considered the Offers of Settlement.

Commission counsel will continue to monitor the status of the Commission's consideration of the Offers and Settlement and will advise the Court promptly upon their approval or rejection. Commission, as always, is available to answer questions that the Court may have.

Respectfully submitted this 28th day of July, 2014.

/s/_Thomas M. Melton_____
Thomas M. Melton
Daniel J. Wadley
Paul N. Feindt
Attorneys for Plaintiff
Securities and Exchange Commission