**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**-vs-**                                                    **Case No.  6:12-cv-1415-Orl-DAB**

**FREEDOM ENVIRONMENTAL SERVICES, INC.,  MICHAEL BORISH, MICHAEL CIARLONE,**

        **Defendants.**

_____

## ORDER

The Court has now entered Consent Judgments against the two individual Defendants, Michael Borish and Michael Ciarlone.  Docs. 120, 121.  The corporate entity, Freedom Environmental Services, Inc., previously entered into a Consent Judgment (Doc. 96) with the SEC.  No claims remain pending in the case.

The **TRIAL** set for the **December 2014 docket is CANCELED**, and the Clerk is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2014.

                                              *David A. Baker*

                                      DAVID A. BAKER
                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties